UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>D. HODGE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16cv2904-WQH(BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO TAKE DEPOSITION OF ANTOINE ARDDS, AN INCARCERATED PERSON**<br><br>**[ECF No. 95]** |

On December 15, 2017, Defendants filed an "EX PARTE APPLICATION TO TAKE DEPOSITION OF ANTOINE ARDDS, AN INCARCERATED PERSON." ECF No. 95. Defendants seek an order permitting them to "take the deposition of Antoine Ardds, a person confined in state prison" and to do so by remote means if they choose. Id. at 1. In support, Defendants state that the request "is made in accordance with Federal Rule of Civil Procedure 30(a)(2)(B) and 30(b)(4)" and that "[t]he record does not reflect any factors that argue against allowing Plaintiffs deposition." Id.

Good cause appearing, Defendants' motion is **GRANTED**. Defendants may depose Antoine Ardds in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

Dated: 12/15/2017

　　　　　　　　　　　　　　　　　　　　　　　/s/ Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge